# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## CORRECTED JUDGMENT
## RENDERED APRIL 16, 2021

## NO. 03-19-00246-CV

**Best Buy Stores, Inc., through its assignees Paul Denucci, Rockey Piazza, and Linda Piazza, Appellant**

**v.**

**Glenn Hegar, in His Capacity as Comptroller of Public Accounts of The State of Texas, and Ken Paxton, in His Capacity as Attorney General of The State of Texas, Appellees**

### APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on April 11, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.